BASHER AHMAD, Doing Business as PACIFIC LAND EXCHANGE, Respondent, v WELLESLEY ISLAND EAST, INC., et al., Appellants, et al., Defendants. [683 NYS2d 689] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Green, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.